UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Randall D Williamson<br>    Patricia A Williamson<br>         Debtor(s) | Case No. 13-46357 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/02/2013.

2) The plan was confirmed on 03/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/02/2014.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,622.10 |
| Less amount refunded to debtor | $302.55 |
| **NET RECEIPTS:** | **$2,319.55** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,961.18 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $118.31 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,079.49** |
| Attorney fees paid and disclosed by debtor: | $407.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Absolute Collect Svc | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Servi | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| ACMC PHYSICIAN SERVICES | Unsecured | NA | 538.00 | 538.00 | 0.00 | 0.00 |
| Adler & Associates | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Advanced Plastic Surgery Associtaes | Unsecured | 479.20 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical | Unsecured | 3,093.32 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 2,487.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Co | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris/Med Business Bureau | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ASSET MANAGEMENT OUT | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | 1,236.80 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 72,190.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 110,534.00 | 132,326.91 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Blue Cross and Blue Sheid of Illino | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| BRIDGEVIEW PLACE CONDO ASSOC | Secured | 2,398.85 | 4,028.85 | 2,398.85 | 47.15 | 12.91 |
| BRIDGEVIEW PLACE CONDO ASSOC | Unsecured | 2,398.85 | NA | 1,630.00 | 0.00 | 0.00 |
| Cbe Group | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| colleciton service bureau | Unsecured | 60.37 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| ER Medical Associates of Palos Ltd | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Genesis Clinical Laboratory | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Great Lake Specialty Finance | Unsecured | 1,301.75 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Health 1st Center LTD | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| horizon hospice | Unsecured | 818.07 | NA | NA | 0.00 | 0.00 |
| I.C.S., INC | Unsecured | 175.55 | NA | NA | 0.00 | 0.00 |
| I.C.S., INC | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 1,888.00 | 1,887.00 | 1,887.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 152.18 | 152.18 | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 1,199.64 | 1,199.64 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,130.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 38.42 | 38.42 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,490.12 | 3,859.17 | 3,859.17 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,699.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 467.99 | 467.99 | 0.00 | 0.00 |
| Little Company of Mary Affiliated S | Unsecured | 1,440.30 | NA | NA | 0.00 | 0.00 |
| Malcolm S. Gerald & Associates Inc. | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Myron Glassenberg MD | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| North Shore Physicians Group | Unsecured | 1,114.32 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Unsecured | NA | 0.00 | 378.65 | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Secured | 1,500.00 | 1,878.65 | 1,500.00 | 60.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 157.60 | NA | NA | 0.00 | 0.00 |
| Southside Orthopaedics | Unsecured | 193.70 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 385.93 | NA | NA | 0.00 | 0.00 |
| The Outsource Group | Unsecured | 1,969.00 | NA | NA | 0.00 | 0.00 |
| The Outsource Group | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| The Outsource Group | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Unv Fidlty | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Verizon Florida Inc | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Secured | 1,104.00 | 727.97 | 727.97 | 120.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $727.97 | $120.00 | $0.00 |
| All Other Secured | $3,898.85 | $107.15 | $12.91 |
| **TOTAL SECURED:** | **$4,626.82** | **$227.15** | **$12.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,859.17 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,859.17** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,291.88** | **$0.00** | **$0.00** |

**Disbursements:**

|   |   |
|---|---|
| Expenses of Administration | $2,079.49 |
| Disbursements to Creditors | $240.06 |
| **TOTAL DISBURSEMENTS:** | **$2,319.55** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/29/2014                               By: /s/ Tom Vaughn
                                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**